IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TONYA BUNCH, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:12-00022 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| PEOPLES BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Based upon the parties' joint stipulation of dismissal of all claims with prejudice (Docket Entry No. 12), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26th day of April, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge